1114

No. 93–931.  PRUITT ET AL. v. HOWARD COUNTY SHERIFF'S DEPARTMENT ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 93–933.  MARITIME OVERSEAS CORP. ET AL. v. HAE WOO YOUN.  Sup. Ct. La.  Certiorari denied.

No. 93–934.  LANDRO v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 93–936.  NORTH STAR STEEL CO., INC. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC.  C. A. 3d Cir.  Certiorari denied.

No. 93–937.  ANDERSON v. STEERS, SULLIVAN, MCNAMAR & ROGERS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–940.  PATEL v. TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 93–942.  SOCIETY BANK & TRUST v. MCGRAW, TRUSTEE.  C. A. 6th Cir.  Certiorari denied.

No. 93–944.  WAHLSTROM ET AL. v. KAWASAKI HEAVY INDUSTRIES, INC., LTD., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–949.  KIDD v. DEPARTMENT OF THE INTERIOR.  C. A. Fed. Cir.  Certiorari denied.

No. 93–956.  DAVIS, GILLENWATER & LYNCH ET AL. v. TURNER, TRUSTEE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–957.  RAMASWAMI v. TEXAS DEPARTMENT OF HUMAN SERVICES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–958.  WILLIAMS v. ALABAMA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–961.  COLEMAN v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.